UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Dublin Division

PAUL LIR ALEXANDER )
)
vs )
) CASE NUMBER CV203-114
AOL TIME WARNER, INC. )
)

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 24 day of June, 2005.

Anthony A. Alaimo
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA